# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  01-cr-00433-WYD-01 |
| | USM Number:  17046-051 |
| CRUZ AGUIRRE-CORDERO | Martha H. Eskesen, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Special Condition:  The Defendant shall not enter the United States Illegally/Failure to Report for Supervision | 10/30/05 |
| 2 | Violation of the Law:  Possession of a Schedule II Controlled Substance | 10/30/05 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

July 16, 2007
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, U.S. District Judge
Name & Title of Judge

July 20, 2007
Date

DEFENDANT:  CRUZ AGUIRRE-CORDERO
CASE NUMBER:  01-cr-00433-WYD-01                                                Judgment-Page 2 of 2

DEFENDANT:  CRUZ AGUIRRE-CORDERO
CASE NUMBER:  01-cr-00433-WYD-01                                                                   Judgment-Page 3 of 2

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months, to be served concurrently with the sentence imposed in U.S. District Court Case No. 01-cr-00159-WYD-01, and consecutive to the sentence imposed in U.S. District Court Case No. 06-cr-00462-WYD-01.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal